IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES PARRIS, ESQ.,
FORMER COUNSEL FOR THE
CLAIMANT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D13-6201

v.

ALLIED SYSTEMS, INC., AND
CHARTIS INSURANCE/AIG
PROPERTY CASUALTY AND
MARVIN DENNARD,

Appellees.

_____/

Opinion filed February 11, 2015.

An appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: May 10, 2008.

Kenneth B. Schwartz, West Palm Beach, for Appellant.

Robert D. Pope and Hayley Lewis Folmar of McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A., Jacksonville, for Appellees.


PER CURIAM.

AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.